IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCOTT WELDON,

     Petitioner,

  -vs-

UNITED STATES OF AMERICA,

     Respondent.                             No. 14-cv-691-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on April 17, 2015 (Doc. 19), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT


                              BY:  s/*Caitlin Fischer*
                                       Deputy Clerk

Dated: April 17, 2015

                              Digitally signed by
                              David R. Herndon
                              Date: 2015.04.17
                              12:54:57 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT